1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   SAM W. HUGHS,
12            Petitioner
13      v.
14   R. PEREZ, WARDEN,
15            Respondent.
16

Case No. CV 15-5576-ODW (GJS)

JUDGMENT

17      Pursuant to the Court's Order:  Summarily Denying and Dismissing Petition;
18   and Denying Certificate of Appealability,
19

20      IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.
21

22
23   DATED:   August 5,  2015.
24
25                                          OTIS D. WRIGHT II
26                                          UNITED STATES DISTRICT JUDGE
27
28